**Order filed December 4, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00977-CV
_____

**MORRELL MASONRY SUPPLY, INC., Appellant**

**V.**

**CARNEGIE HOMES & CONSTRUCTION, LLC, Appellee**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-61394**

## ORDER

This is an appeal from a judgment signed July 23, 2018. Appellant has informed us the trial court signed an order granting a new trial. Such an order would deprive this court of jurisdiction. However, we are unable to make that determination because the clerk's record has not been filed. Accordingly, we enter the following order.

The Harris County District Clerk is directed to file a partial clerk's record on

or before **December 14, 2018**, containing:

1.      the judgment on appeal;

2.      any motion for new trial or other post-judgment motion; and

3.      any order ruling on a motion for new trial or other post-judgment motion.

If any of the requested items is not part of the case file, the district clerk is directed to file a partial clerk's record containing a certified statement that the requested item is not a part of the case file.


PER CURIAM